UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:16-cv-02573-WTL-DML |
| v. | ) |
| | ) |
| ODLE MANAGEMENT GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Plaintiff filed an Unopposed Motion to Dismiss With Prejudice, and the Court hereby finds said Motion shall be GRANTED. This Court Orders that the case shall be dismissed against Odle Management Group, LLC with prejudice, without costs or disbursements to either side.

SO ORDERED, this 30th day of May, 2017.

William T. Lawrence

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION BY CM/ECF:

Bailey Box
REMINGER CO., LPA- College Park
8909 Purdue Road
Suite 200
Indianapolis, IN 46268
Phone (317) 663-8570
Fax: (317) 663-8580
Email: bbox@reminger.com
Attorney for Defendant

Trenton W. Gill
REMINGER CO., LPA- College Park
8909 Purdue Road
Suite 20

Indianapolis, IN 46268
Phone (317) 853-7367
Fax: (317) 663-8580
Email: tgill@reminger.com
Attorney for Defendant

Richard N. Bell #2669-49
10042 Springstone Rd.
McCordsville, IN 46055
317-690-2053
Email: richbell@comcast.net
Attorney for Plaintiff

Maura K. Kennedy
The Law Office of Maura K. Kennedy
P.O. Box 55587
Indianapolis, IN 46205
Phone: (317) 370-8795
Email: attorneymaurakennedy@gmail.com
Attorney for Plaintiff